UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPEARANCE** |
| V. | |
| DONALD ALBRITTON | Case Number: 07 CR. 437 (DLC) |

To the Clerk of the Court and all parties of record:   Appointed CJA 2/27/07 Hon. Kevin Nathaniel Fox

Enter my appearance as counsel in this case for:

DONALD ALBRITTON

I certify that I am admitted to practice in this court.

Dated: May 18, 2007

_____
Neil B. Checkman   NC-9232
111 Broadway, Suite 1305
New York, New York 10006
(212) 264-9940 -office
(212) 346-4665- fax