UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

    v.

DONALD ALBRITTON,

              Defendant.
------------------------------------x

**ORIGINAL**

**07 CRIM. 437**

NOTICE OF INTENT
TO FILE AN INFORMATION

JUDGE COTE

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 15, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By:   _____
                    Michael M. Rosensft
                    Assistant United States Attorney

              AGREED AND CONSENTED TO:

              By:   _____
                    Neil B. Checkman, Esq.
                    Attorney for Donald Albritton

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 15 2007

5/15/07   WHEEL A