```
UNITED STATES DISTRICT COURT            ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA               :  07 CRIM.  437
                                       :  NOTICE OF INTENT
          v.                           :  TO FILE AN INFORMATION
                                       :
DONALD ALBRITTON,                      :
                                       :       JUDGE COTE
               Defendant.              :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        May 15, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                          By: /s/ M. M. R.
                              Michael M. Rosensft
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                          By: /s/ Neil B. Checkman
                              Neil B. Checkman, Esq.
                              Attorney for Donald Albritton

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAY 15 2007]

5/15/07   WHEEL A