```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :
                                   :
        -v.-                       :    07 Cr.
                                   :
DONALD ALBRITTON,                  :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - -x
```

**07CRIM. 437**

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, and Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*JUDGE COTE*

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         May 18, 2007



0202